# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:18-CR-00083 |
| v. | (Chief Judge Brann) |
| DAVID TAYLOR, | |
| Defendant. | |

## ORDER

### SEPTEMBER 17, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that David Taylor's motion to suppress (Doc. 39) and his amended motion to suppress evidence (Doc. 61) are **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge